**Sharon Ann MATTOX, Respondent,**

v.

**Errie W. RAASCH, III & Emelia Fern Raasch, Appellants.**

No. WD 68306.

Missouri Court of Appeals, Western District.

Feb. 17, 2009.

Dana James Macoubrie, Chillcothe, MO, for appellant.

Dennis J. Campbell Owens, Kansas City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., and JOSEPH M. ELLIS and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Appellants Errie W. Raasch, Jr. and Emelia Raasch appeal the trial court's entry of judgment in favor of Respondent Sharon Mattox on her claims for ejectment and trespass. We affirm. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. Rule 84.16(b).